UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel Zean

                                       Plaintiff(s),

v.                                                        Case No. 0:19–cv–02958–NEB–TNL

Efinancial, LLC et al

                                      Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:   Efinancial, LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Samuel Zean
          8708 62nd AVe. North
          Brooklyn Park, MN 55428

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Kate Fogarty, Clerk of Court*               By:

                                                                         Signature of Clerk or Deputy Clerk

                                                          Jeffrey G. Kult

Date of Issuance:  November 22, 2019

# Summons and Complaint Return of Service

Case No. 0:19–cv–02958–NEB–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Efinancial, LLC

Date of Service: _____

## Method of Service

_____ Personally served at this address:
_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):
_____
_____

_____ Other (specify):
_____
_____
_____

_____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel Zean

                          Plaintiff(s),

v.                                          Case No. 0:19–cv–02958–NEB–TNL

Efinancial, LLC et al

                         Defendant(s),

## SUMMONS IN A CIVIL ACTION

To:  SelectQuote Insurance Services

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Samuel Zean
            8708 62nd AVe. North
            Brooklyn Park, MN 55428

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Kate Fogarty, Clerk of Court*             By:

                                                       Signature of Clerk or Deputy Clerk

                                          Jeffrey G. Kult


Date of Issuance:  November 22, 2019

# Summons and Complaint Return of Service

Case No. 0:19–cv–02958–NEB–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:	SelectQuote Insurance Services

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel Zean

                         Plaintiff(s),

v.                                          Case No. 0:19–cv–02958–NEB–TNL

Efinancial, LLC et al

                         Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:   Burialexpense.com

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Samuel Zean
         8708 62nd AVe. North
         Brooklyn Park, MN 55428

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Kate Fogarty, Clerk of Court*                 By:

                                                  Signature of Clerk or Deputy Clerk
                                           Jeffrey G. Kult

Date of Issuance:  November 22, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:19–cv–02958–NEB–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Burialexpense.com

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____