# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL GAYGBOU ZEAN, | Case No. 19-CV-2958 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| SELECTQUOTE INSURANCE SERVICES; INSIDERESPONSE, LLC; TIBURON INSURANCE SERVICES; and ALLIED INSURANCE PARTNERS, | |
| Defendants. | |

The Court has received the April 27, 2021 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 78.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 78) is ACCEPTED;

2. Plaintiff's claims against Allied Insurance Partners are DISMISSED WITHOUT PREJUDICE.

Dated: June 2, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge