# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL ZEAN, *on behalf of himself*,<br><br>Plaintiff,<br>v.<br><br><br>SelectQuote Insurance Services, *A Kansas Corporation*, Inside Response, LLC, *A Kansas Limited Liability Company*, Tiburon Insurance Services, *A California Company*,<br><br>Defendants. | Civil No. 1:19-cv-02958-NEB-TNL<br><br>Hon. Judge Nancy E. Brasel<br><br>Magistrate Judge Tony N. Leung |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Samuel Zean, in his role as Self-represented Litigant, through himself, moves the Court for summary judgment on all Defendants pursuant to Federal Rule of Civil Procedure 56(c). Plaintiffs move for summary judgment on all counts in his Third Amended Complaint and request oral argument.

In support, Plaintiffs respectfully refers the Court to the attached:

• Plaintiffs' Memorandum Supporting His Motion for Summary Judgment, • Exhibits 1 through 18, • Declaration of Samuel Zean and • Plaintiffs' Proposed Order.

Date: 06/7/2021                                   Respectfully Submitted,

                                                  */s/ Samuel Zean*
                                                  Samuel Zean

1

Self-represented Plaintiff  
8708 62nd Ave N  
Brooklyn Park, MN 55428  
Phone: 651-528-1594  
Email: samuelzean@hotmail.com