# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Samuel Gaygbou Zean,
    Plaintiff(s),

v.

Case No. 19-cv-2958 NEB/TNL

Efinancial, LLC, SelectQuote Insurance Services, Burialexpense.com, InsideResponse, LLC, Tiburon Insurance Services, Allied Insurance Partners

    Defendants

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED THAT:
  1. Zean's Motion for Summary Judgment (ECF No. 95) is DENIED; and
  2. Defendants' Motion for Summary Judgment (ECF No. 111) is GRANTED.

Date: 1/18/2022                KATE M. FOGARTY, CLERK