# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1263

Samuel Zean

Appellant

v.

eFinancial, LLC, a Washington Limited Liability Company

SelectQuote Insurance Services, a Kansas Corporation

Appellee

Burialexpense.com

InsideResponse, LLC, a Kansas Limited Liability Company and Tiburon Insurance Services, a California Company

Appellees

Allied Insurance Partners, a Florida Corporation, also known as Alliedco/Allied Insurance Services

---

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-02958-NEB)

---

**MANDATE**

In accordance with the opinion and judgment of 06/03/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 27, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

---

/s/ Michael E. Gans